UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| JOSEPH TACOPINA, | : | **NOTICE OF CONFERENCE** |
| Plaintiff, | : | 14cv749-LTS-FM |
| -v.- | : | |
| BERNARD KERIK, | : | USDC SDNY |
| Defendant. | : | DOCUMENT ELECTRONICALLY FILED |
| | | DOC #: _____ |
| | | DATE FILED: 2/26/15 |

------------------------------------------------------------X

To Counsel,

A telephone conference in this matter has been scheduled for March 3, 2015, at 2:30 p.m., before Magistrate Judge Frank Maas. Counsel for the plaintiff shall initiate the call using the main number for Judge Maas' chambers which is (212) 805-6727. Requests for adjournment must be made to the Court, in **writing**, at least two business days prior to the conference.

*[signature]*
Richalyn Chambers
Courtroom Deputy

Dated:   New York, New York
         February 26, 2015

Copies Via ECF